The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

EAGLE WEST INSURANCE COMPANY, a California corporation,

                Plaintiff,

  vs.

CONTINENTAL CASUALTY COMPANY, an Illinois corporation; and THE CONTINENTAL INSURANCE COMPANY, a New York corporation,

                Defendants.

Cause No. 2:22-cv-1226 RSM

**PROPOSED ORDER GRANTING STIPULATED MOTION TO SEAL**

Therefore, being fully advised, the Court finds compelling reasons to support the request to seal Exhibits 7, 8, and 10 of the Declaration of Misty Edmundson in support of Eagle West Insurance Company's ("Eagle West") Motion for Summary Judgment and Exhibits 14 and 15 of the Declaration of Alexander Potente in support of Continental Casualty Company and Continental Casualty Company and The Continental Insurance Company's Motion ("CNA") for Summary Judgment. Accordingly, the Court GRANTS the motion to seal in its entirety.

ORDER GRANTING STIPULATED MOTION TO SEAL – 1
USDC WD WA/SEA CAUSE NO. 2:22-cv-1226RSM

4876-9004-8605, v. 1

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585

IT IS SO ORDERED.

DATED this 18th day of April, 2023.

                                         *[signature]*
                                         RICARDO S. MARTINEZ
                                         UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO SEAL – 2
USDC WD WA/SEA CAUSE NO. 2:22-cv-1226RSM

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585

4876-9004-8605, v. 1